## BISENIUS *v.* KARNS, COMMISSIONER OF MOTOR VEHICLES.

No. 1357.  Decided June 16, 1969.

*S. A. Schapiro* for appellant.

*Robert W. Warren,* Attorney General of Wisconsin, and *Albert Harriman* and *Robert D. Martinson,* Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## STANBRIDGE *v.* NEW YORK.

No. 208, Misc.  Decided June 16, 1969.

*William Cahn* for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.  The judgment is vacated and the case is remanded for further consideration in light of *Bruton* v. *United States,* 391 U. S. 123.